# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3072**                                    **September Term, 2024**

**1:98-cr-00329-RCL-4**
**1:98-cr-00329-RCL-2**
**1:98-cr-00329-RCL-3**
**1:98-cr-00329-RCL-6**

**Filed On: September 30, 2024** [2077481]

United States of America,

        Appellee

     v.

Sean Coates, also known as Birdy,

        Appellant

-----------------------------

Consolidated with 21-3073, 21-3078,
22-3016, 23-3015

## O R D E R

Upon consideration of appellants' motion to accept the opening brief six hours out of time, the notice of consent, and the lodged corrected brief and appendix, it is

**ORDERED** that the motion for extension of time be granted. Appellants' corrected brief and appendix are deemed timely filed.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk