# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 21-3072**                                                   **September Term, 2024**

**1:98-cr-00329-RCL-4**
**1:98-cr-00329-RCL-2**
**1:98-cr-00329-RCL-3**
**1:98-cr-00329-RCL-6**

**Filed On: May 29, 2025** [2118055]

United States of America,

       Appellee

    v.

Sean Coates, also known as Birdy,

       Appellant

------------------------------

Consolidated with 21-3073, 21-3078,
22-3016, 23-3015

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on January 31, 2025, be suspended pending further order of the court.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:   /s/
              Michael C. McGrail
              Deputy Clerk