# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3072**                    **September Term, 2024**

**1:98-cr-00329-RCL-2**
**1:98-cr-00329-RCL-3**
**1:98-cr-00329-RCL-4**
**1:98-cr-00329-RCL-6**

**Filed On:** July 30, 2025

United States of America,

       Appellee

    v.

Sean Coates, also known as Birdy,

       Appellant

------------------------------

Consolidated with 21-3073, 21-3078,
22-3016, 23-3015

      **BEFORE:**     Henderson, Wilkins, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the unopposed motion to remand the record, it is

**ORDERED** that the motion be granted and the record be remanded so appellants can present to the district court in the first instance arguments about the supplemental Brady disclosures made in April and May 2025 and for the district court to make factual findings concerning those disclosures.  It is

**FURTHER ORDERED** that these consolidated cases be held in abeyance pending further order of the court.  The parties are directed to file motions to govern future proceedings within 30 days after resolution of the proceedings on remand.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
            Selena R. Gancasz
            Deputy Clerk